UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SAIFULLAH PARACHA,                      )
                                        )
            Petitioner,                 )
                                        )     Civil Action No. 04-2022 (PLF)
      v.                                )
                                        )
BARACK H. OBAMA, et al.,                )
                                        )
            Respondents.                )
_____ )


                                ORDER

        For the reasons stated in the Court's Memorandum Opinion issued this same day,

it is hereby

        ORDERED that plaintiff's motion for judgment pursuant to Rule 54(b) of the

Federal Rules of Civil Procedure [Dkt. No. 440] is GRANTED; and it is

        FURTHER ORDERED that the Court's June 16, 2016 Order [Dkt. No. 439]

represents its FINAL JUDGMENT regarding petitioner's bill of attainders claim.  This is a final

appealable order.  See FED. R. APP. P. 4(a).

        SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE:  July 29, 2016